FILED

NOV 15 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05CR267-T |
| | ) | [21 USC 846] |
| PRESTON GRICE, | ) | |
| LEEANDORA WOODS, | ) | INDICTMENT |
| and COREY HARVEY | ) | |

The Grand Jury charges:

## COUNT 1

That from an unknown date, and continuing thereafter up to November 1, 2005, the exact dates being unknown to the Grand Jury, in Montgomery County, within the Middle District of Alabama, and elsewhere, defendants

PRESTON GRICE,
LEEANDORA WOODS,
and COREY HARVEY

did knowingly and intentionally conspire, combine and agree together and with persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute more than 50 grams of cocaine base, a Schedule II Controlled Substance, more than 30 kilograms of marijuana, a Schedule I Controlled Substance, and a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1). All in violation of Title 18 United States Code, Section 846.

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
UNITED STATES ATTORNEY

_____
Susan R. Redmond
Assistant United States Attorney

2