IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:05-cr-00267-T |
| | ) | |
| COREY HARVEY | ) | |

## ORDER TO PRODUCE PRISONER FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for <u>November 30, 2005, at 10:00 a.m.</u> in the above-styled case.

You are DIRECTED to produce the following named prisoner: **COREY HARVEY** before the United States District Court at 4B Courtroom, on the <u>30th</u> day of <u>November</u>, 2005, at 10:00 a.m.

DONE, this the <u>17th</u> day of November, 2005.

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

By: *[signature]*
<u>Deputy Clerk</u>