IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr267-T |
| | ) | WO |
| COREY HARVEY | ) | |

**ORDER ON MOTION**

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was held in this case on November 7, 2005. I find that the credible testimony and information submitted at the hearing establishes by clear and convincing evidence that defendant has a lengthy criminal history including two arrests for assault-menacing, two arrests for first degree robbery, and a previous conviction for three counts of distribution of controlled substances. Officers found a shoulder held rocket launcher and several firearms, in addition to a substantial quantity of drugs, in a residence for which defendant paid the utilities. This case involves a large quantity of drugs and the possibility of a substantial sentence for defendant if he is convicted. Defendant is charged with an offense for which a maximum sentence of ten years or more is prescribed, and he did not rebut the presumption that no conditions or combination of conditions will reasonably assure the appearance of the defendant or protect the community. Based on the foregoing, the court concludes that there are no conditions or combination of conditions which will reasonably assure the appearance of the defendant or protect the community and that the defendant should be detained.

Therefore, it is ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility

separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

      DONE, this 17th day of November, 2005.

                                      /s/ Susan Russ Walker
                                      SUSAN RUSS WALKER
                                      UNITED STATES MAGISTRATE JUDGE