**COURTROOM DEPUTY MINUTES**          DATE: __11/30/05__
**MIDDLE DISTRICT OF ALABAMA**
                                  DIGITAL RECORDING: __11:20 - 11:27__

- ✓ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ✓ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

| | |
|---|---|
| PRESIDING MAG. JUDGE <u>CHARLES S. COODY</u> | DEPUTY CLERK: <u>WANDA STINSON</u> |
| CASE NO. <u>2:05CR267-T-CSC</u> | DEFT. NAME: <u>COREY HARVEY</u> |
| USA: <u>KARL DAVID COOKE, JR.</u> | ATTY: <u>BRUCE MADDOX</u> |
| | Type Counsel: (✓) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO |
| USPTSO/USPO: _____ | |
| Defendant ____ does ✓ does NOT need an interpreter; | |
| Interpreter present ✓ NO ___ YES  NAME_____ | |

- ☐ Kars.       Date of Arrest _____ or  ☐ karsr40
- ✓ kia.        Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ☐ kcnsl.      Deft. First Appearance with Counsel
- ☐            Requests appointed Counsel  ☐ ORAL MOTION for Appointment of Counsel
- ☐ Finaff.     Financial Affidavit executed  ☐ to be obtained by PTSO
- ☐ koappted    **ORAL ORDER** appointing Community Defender Organization  - **Notice to be filed.**
- ☐ 20appt.     Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐            Deft. Advises he will retain counsel. Has retained _____
- ☐            Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐            Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐            **DETENTION HRG** ☐ held; ☐ Set for_____; ☐ **Prelim. Hrg** ☐ Set for_____
- ☐ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.      **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls.  Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd.       ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
-              ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ☐ loc.(LC)    Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.         Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.     Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐            Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- ✓ Karr.      ARRAIGNMENT SET FOR:_____ ✓ HELD. Plea of **NOT GUILTY** entered.
              ✓ Trial Term <u>1/23/06</u>  ;  ☐ PRETRIAL CONFERENCE DATE: <u>1/3/06</u>
              ✓ DISCOVERY DISCLOSURES DATE: <u>12/2/05</u>
- ☐ Krmknn.    NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.   Identity/Removal Hearing set for _____
- ☐ Kwvspt     **Waiver of Speedy Trial Act Rights Executed.**