IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** * | * | |
| **Plaintiff,** | * | |
| | * | |
| V. | * | CASE NO. 2:05-CR-267-T |
| | * | |
| **COREY HARVEY,** | * | |
| | * | |
| **Defendant.** | * | |

## MOTION TO SEVER

Comes now Defendant Corey Harvey by and through counsel and requests that he be severed from all other defendants in this cause.  Defendant requests and consents to the dismissal of the indictment in this cause.  Further, Defendant requests immediate release from incarceration.

Respectfully submitted this the 9th day of December, 2005.


                                        S/Bruce Maddox
                                        Bruce Maddox (MAD013)
                                        Attorney for Corey Harvey

Of Counsel:

Law Offices of Bruce Maddox
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334) 260-9600

## CERTIFICATE OF SERVICE

_____I hereby certify that on this the 9th day of December, 2005, I electronically filed the foregoing with the Clerk of Court  using the CM/ECF system which will send notification of such filing to Susan Redmond, Assistant United States Attorney, Donald G. Madison, and Susan James.

Respectfully submitted.


                                        S/Bruce Maddox
                                        Bruce Maddox (MAD013)
                                        Attorney for Corey Harvey