IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05CR267-T |
| | ) | |
| COREY HARVEY | ) | |

## **ORDER**

Upon consideration of the motion captioned "motion to sever" (doc. # 51) filed by the defendant, it is

ORDERED as follows:

1.  That upon consideration of the dismissal of the indictment in this case, the motion to sever is moot.

2.  That the request for immediate release from custody be and is hereby GRANTED.

Done this 12th day of December, 2005.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE